AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2023 MAR 20 AM 11: 06
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Nestor M. Cancel-Hernandez )
_____Petitioner_____ )
)
v. ) Case No. 5:23-cv-185-TPB-PRL
) (Supplied by Clerk of Court)
)
Warden, F.C.C. Coleman, FL., )
_____Respondent_____ )
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Nestor Manuel Cancel-Hernandez
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex, USP-1
   (b) Address: Po Box 1033
   Coleman, FL 33521-1033
   (c) Your identification number: # 03373-069
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District for the District of Puerto Rico
   (b) Docket number of criminal case: 03:85-CR-493-FAB
   (c) Date of sentencing: April 25, 1986
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

1 of 11

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: U.S. Bureau of Prison, Designation And Sentence Calculation Center
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes      ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: - _____

   (b) If you answered "No," explain why you did not appeal: _____

   **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☐ No

2 of 11

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

8. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner claims that his constitutional Fifth Amendment right to due process is being violated by the U.S. Bureau of Prisons' (Designation And Sentence Computation Center) because:

(1) The BOP-DSCC is using the wrong "method" to calculate petitioner's earned good-time (Good Conduct Time - GCT) which affects the calculation of Flat Time served toward satisfaction of the sentence and petitioner's release date and other dates. Consider this:

(2) The Problem: My Flat Time and Good Conduct Time (GCT) are calculated by using the wrong "method." This miscalculation has caused my to be unlawfully held, for several years, over my Mandatory Release Date, which is also miscalculated because of the incorrect method of calculation being used by the BOP"s DSCC in Grande Prairie, TX.

(3) Explanation of the Two Types of Methods:
(a) New-Law, post-1987, federal offender's sentences are calculated using the "method" set forth in 18 USC 3624(b)(1), when all of the 'annual' "possible" GCT days are calculated "together" and then "subtracted" off of the end of the sentence. (Thus if a person has a 99-year sentence, the removal of 30% would cause him to serve 66 years - approximately.)

(b) Under the Old-Law, pre-1987, federal offender's sentences are calculated using the "method" set forth in 18 USC 4161 though 4164. This method "Adds" the GCT "Monthly" (not annually) and the immediate GCT pushes the inmate toward the Mandatory Release Date set forth in 18 USC 4206(d) of 30 years. Thus, in conjunction with 4164, and 28 USC 2.35 "Mandatory Release In The Absence of Parole" the inmate will be released in 30 years (not 66 years as discussed in the above example).

Thus, the BOP-DSCC is using the new-law 18 USC 3624(b)(1) to calculate an old-law, pre-1987, pre-SRA sentence. Using this "method" violates due process by effectively converting the old-law sentence into a new-law sentence - which denies petitioner his earned release date.

The correct controlling statutes that must be used for the calculation method are:
18 USC 4206(d) (release date at 30 years on 99 year sentence)
18 USC 4161 - 4164 (Good Time earned and accredited monthly)
28 USC 2.35 "Mandatory Release In the Absence of Parole" by GCT.

9. **GROUND TWO:** _____

3 of 11

```
COPDJ   540*23  *           SENTENCE MONITORING            *     03-09-2023
PAGE 002          *          COMPUTATION DATA              *     10:25:36
                              AS OF 03-09-2023

REGNO..: 03373-069  NAME: CANCEL-HERNANDEZ, NESTOR MANUEL


------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  810     18:242 CIVIL RIGHTS, DEPRIVE
OFF/CHG: CT. 1-18 USC 241 CONSPIRACY TO VIOLATE CIVIL RIGHTS RESULTING
         IN DEATH.  CT. 2-18 USC 1513 & 2 AID AND ABET, ENGAGED IN CON-
         DUCT THAT CAUSED DEATH TO FEDERAL WITNESS.

 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:      99 YEARS
 DATE OF OFFENSE................: 11-09-1985

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: PUERTO RICO
DOCKET NUMBER...................: CR. 86-417 (RLA)
JUDGE...........................: ACOSTA
DATE SENTENCED/PROBATION IMPOSED: 05-22-1987
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 02-24-1988
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:      5 YEARS


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: CT. 1-21 USC 846 CONSPIRACY TO POSS WITH INTENT TO DISTRIBUTE
         A CONTROLLED SUBSTANCE.  CT. 3-21 USC 841(A)(1) & 18 USC 2
         POSSESSION WITH INTENT TO DISTRIBUTE A SCHEDULE I CONTROLLED
         SUBSTANCE (MARIHUANA).

 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:      20 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE................: 09-05-1986




G0002      MORE PAGES TO FOLLOW . . .
```

```
COPDJ   540*23  *          SENTENCE MONITORING              *    03-09-2023
PAGE 003        *           COMPUTATION DATA                *    10:25:36
                            AS OF 03-09-2023

REGNO..: 03373-069 NAME: CANCEL-HERNANDEZ, NESTOR MANUEL



----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: CR. 87-251-26 (PG)
JUDGE............................: PEREZ-GIMENEZ
DATE SENTENCED/PROBATION IMPOSED: 01-29-1988
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 02-24-1988
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

               FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $50.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  381     21:841 SCH II NARCOTIC
OFF/CHG: CT. 8-21 USC 841(A)(1) & 18 USC 2 AID AND ABET IN THE POSS.
         WITH INTENT TO DISTRIBUTE COCAINE, A SCHEDULE II NARCOTIC
         DRUG CONTROLLED SUBSTANCE.

 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC
 DATE OF OFFENSE.................: 11-01-1985




G0002       MORE PAGES TO FOLLOW . . .
```

5 of 11

```
COPDJ   540*23  *         SENTENCE MONITORING         *      03-09-2023
PAGE 004         *         COMPUTATION DATA            *      10:25:36
                           AS OF 03-09-2023

REGNO..: 03373-069 NAME: CANCEL-HERNANDEZ, NESTOR MANUEL


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-31-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-01-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010, 030 010

DATE COMPUTATION BEGAN..........: 04-25-1986
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 10
TOTAL TERM IN EFFECT............:      99 YEARS
TOTAL TERM IN EFFECT CONVERTED..:      99 YEARS
AGGREGATED SPECIAL PAROLE TERM..:       5 YEARS
EARLIEST DATE OF OFFENSE........: 11-01-1985

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     11-22-1985     04-24-1986

TOTAL JAIL CREDIT TIME..........:     154
TOTAL INOPERATIVE TIME..........:       0
STATUTORY GOOD TIME RATE........:      10
TOTAL SGT POSSIBLE..............:   11880
PAROLE ELIGIBILITY..............: 11-22-1995
STATUTORY RELEASE DATE..........: 05-13-2052
ELDERLY OFFENDER TWO THIRDS DATE: 11-23-2051
180 DAY DATE....................: 05-25-2084
EXPIRATION FULL TERM DATE.......: 11-21-2084
TIME SERVED.....................:      36 YEARS    10 MONTHS    4 DAYS
PERCENTAGE OF FULL TERM SERVED..:    37.2
PERCENT OF STATUTORY TERM SERVED:    49.9




G0002      MORE PAGES TO FOLLOW . . .
```

Handwritten annotations:
- "current calculation by new-law post-1987 statute 18 USC 3624(b)(1) showing "possible" days. Conversely, there are no "possible" GCT days on an old-law, pre-1987 sentence."
- "See 18 USC 4166 where GCT is added as time earned each month pushing the inmate toward the mandatory release. See 18 USC 4206(d) and 28 USC 2.35."

```
COPDJ  540*23 *            SENTENCE MONITORING          *   03-09-2023
PAGE 005       *            COMPUTATION DATA             *   10:25:36
                            AS OF 03-09-2023

REGNO..: 03373-069 NAME: CANCEL-HERNANDEZ, NESTOR MANUEL


PAROLE EFFECTIVE................: 09-25-2022
PAROLE EFF VERIFICATION DATE....: 08-30-2022
NEXT PAROLE HEARING DATE........: 01-23-2051
TYPE OF HEARING.................: PAROLE PRE-RELEASE REC REV

ACTUAL SATISFACTION DATE........: 09-25-2022
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: DSC
ACTUAL SATISFACTION KEYED BY....: JWR

DAYS REMAINING..................: 22703
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: 12-01-10 UPDATE DIS/GCT, YR 2002 & 2005 DISALLOWENCES DO NOT
                MATCH PD15 BECAUSE THOSE ARE MAX ALLOWED. CHANGES TO THIS COMP
                MAY EFFECT COMP 020.(R/JCW) 1-20-12 DIS/GCT,12-13-12 UP FF SGT
                R/JNF; 1-24-12 COMPLEX AUDIT R/RMW;11-12-13 UP MGT R/JCW
                8-16-17 BREAKDOWN GT FF A/EMR.2-21-19:FF SGT. A/ELW
                04-20-2020: GCT UPDATED PURSUANT TO FSA. A/ELW
                07-02-2021 RCV NOA P/KRS
                08.03.2022: IGT UPDTD P/BNE 8-10-22 RMV IGT, KEY ERROR P/JMD
                08.31.2022: NOA RCV'D, PE 9.25.22 P/BNE




G0002      MORE PAGES TO FOLLOW . . .
```

[Handwritten annotations: "No Jurisdiction to hold a hearing after the 30 year date. See Public Law 98-473, Section 235(b)(4)(B)(ii). Jurisdiction statutorily reverted to the sentencing court." Checkmarks next to PAROLE EFF VERIFICATION DATE and NEXT PAROLE HEARING DATE; NEXT PAROLE HEARING DATE circled.]

```
COPDJ    540*23  *           SENTENCE MONITORING              *    03-09-2023
PAGE 006         *            COMPUTATION DATA                *    10:25:36
                             AS OF 03-09-2023

REGNO..: 03373-069 NAME: CANCEL-HERNANDEZ, NESTOR MANUEL


FBI NO...........: 539015P3          DATE OF BIRTH: 01-17-1951  AGE:  72
ARS1.............: COP/A-DES
UNIT.............: 1 GP              QUARTERS.....: A01-114U
DETAINERS........: NO                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-20-2041

FINAL STATUTORY RELEASE FOR INMATE.: 06-20-2043 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 06-20-2042 VIA FSA REL


----------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: CR 93-1197 (RR)
JUDGE...........................: RAGGI
DATE SENTENCED/PROBATION IMPOSED: 01-19-1996
DATE COMMITTED..................: 02-26-1996
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

             FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $100.00       $00.00          $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: T21 USC:846; CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
         TO DISTRIBUTE HEROIN.COUNT 1&2.

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    360 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 NEW SENTENCE IMPOSED...........:    292 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 RELATIONSHIP OF THIS OBLIGATION




G0002        MORE PAGES TO FOLLOW . . .
```

8 of 11

```
COPDJ   540*23  *           SENTENCE MONITORING         *    03-09-2023
PAGE 007 OF 007 *            COMPUTATION DATA           *    10:25:36
                             AS OF 03-09-2023

REGNO..: 03373-069 NAME: CANCEL-HERNANDEZ, NESTOR MANUEL


 TO OTHERS FOR THE OFFENDER....: CS TO COMP 010
 DATE OF OFFENSE................: 10-19-1993

-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-31-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-14-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 040 010

DATE COMPUTATION BEGAN..........: 09-25-2022
TOTAL TERM IN EFFECT............:    292 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     24 YEARS       4 MONTHS
EARLIEST DATE OF OFFENSE........: 10-19-1993

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1314
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 06-20-2043
ELDERLY OFFENDER TWO THIRDS DATE: 12-15-2038
EXPIRATION FULL TERM DATE.......: 01-24-2047
TIME SERVED.....................:      5 MONTHS     13 DAYS
PERCENTAGE OF FULL TERM SERVED..:    1.8
PERCENT OF STATUTORY TERM SERVED:    2.1

PROJECTED SATISFACTION DATE.....: 06-20-2042
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365

                4-30-2019: DCB UPDATED. **ANY CHANGES MADE TO COMP 010 WILL
                AFFECT COMP 020**
                04-20-2020: GCT UPDATED PURSUANT TO FSA. A/ELW
                08.31.2022: NOA RCV'D, RELEASE COMP 010 ON 9.25.22 P/BNE




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

9 of 11

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Request for Relief

10. State exactly what you want the court to do: Order the BOP-DSCC to not use 18 USC 3624(b)(1) totalling all "possible" good time and "subtracting" it off of the end of the sentence. But rather to apply the "monthly" GCT as earned, and vested, monthly pursuant to 18 USC 4161 which pushes petitioner, by adding to the time served (rather than subtracting from the length of the sentence required to be served), toward the mandatory release date set out in the statutes 18 USC 4206(d) and 28 USC 2.35. (It should be noted that the 30 years required for mandatory release has already vested and the former parole commission did not hold a statutory specific 4206(d) Hearing prior to the expiration of the 30 years and did not extend petitioner's release date past the 30 year mark.)

Further, ORDER respondent to apply all GCT that is already earned and vested toward any sentence available or to pay petitioner for the GCT earned and vested over the amount required to fully discharge the sentence being served.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/14/2023

Signature of Petitioner: *Cancel Hernandez Nestor Monroe*

Signature of Attorney or other authorized person, if any

11 of 11